UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HOWARD COHAN,

Plaintiff,

CASE NO.: 1:24-cv-23621-KMW

vs.

KENDALL 162 AVENUE CORPORATION
a Florida Profit Corporation
d/b/a SEDANO'S SUPERMARKET #29

Defendant(s).
_______________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, KENDALL 162 AVENUE CORPORATION, a Florida Profit Corporation, d/b/a SEDANO'S SUPERMARKET #29, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against KENDALL 162 AVENUE CORPORATION, a Florida Profit Corporation, d/b/a SEDANO'S SUPERMARKET #29; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED December 18, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Evan Zuckerman, Esq.**
Evan Zuckerman, Esq.
Florida Bar No.:52794
Attorney for Defendant
VERNIS & BOWLING OF BROWARD, P.A
5821 Hollywood Blvd.
Hollywood, FL 33021
Tel: (954) 927-5330; Fax: (954) 927-5320
Email: ezuckerman@florida-law.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**